PETER W. FRY *vs.* BYRON DEXTER.

Third Judicial District.
Submitted on briefs April 18th—decided May 12th, 1905.

ACTION to recover for services rendered as a bookkeeper, brought to the City Court of Danbury where a plea in abatement was overruled (*Taylor, Acting-Judge*) and the cause was afterwards tried to the court, *Alexander, J.;* facts found and judgment rendered for the plaintiff, and appeal by the defendant. *No error.*

*Charles W. Murphy,* for the appellant (defendant).

*Eugene C. Dempsey,* for the appellee (plaintiff).

Opinion filed with the clerk of the City Court of Danbury.

* * *

ORLANDO S. FISH *vs.* GEORGE W. SPICER ET AL.

Second Judicial District.
Argued April 26th—decided May 12th, 1905.

ACTION to recover damages for breach of contract, brought to and tried by the Superior Court in New London County, *Gager, J.;* facts found and judgment rendered for the plaintiff for $2,267, and appeal by the defendants. *No error.*

*Hadlai A. Hull* and *Frank L. McGuire,* for the appellants (defendants).

*William J. Brennan,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New London County.